FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 14  PM 4:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTIAN CHERAMIE | * | CIVIL ACTION |
| VERSUS | * | NO. 01-3756 |
| STEEL ANGEL MARINE, INC., AND CARGILL, INCORPORATED | * | SECTION " " |
| | * | MAG.  SECT. K MAG. 5 |

*************************

### SEAMAN'S COMPLAINT

Plaintiff, Christian Cheramie, an adult resident of Golden Meadow, Louisiana, respectfully represents that:

1.

Defendant, Steel Angel Marine, Inc., is a domestic corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

2.

Defendant, Cargill, Incorporated, is a Delaware corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

3.

On or about August 9, 2001, plaintiff, Christian Cheramie, was employed as a deckhand by defendant, Steel Angel Marine, Inc., and assigned to the M/V MISS NANCY.

-1-

4.

On or about August 9, 2001, the M/V MISS NANCY was owned, operated and/or controlled by Steel Angel Marine, Inc..

5.

On or about August 9, 2001, as plaintiff was attempting to perform his assigned duties aboard the M/V MISS NANCY near Convent, Louisiana, he was knocked to the deck by an employee of defendant, Cargill, Incorporated, when the racket he and the plaintiff were using broke or came loose, causing plaintiff to sustain serious, permanent and disabling injury to his upper back and neck.

6.

A cause of this accident was the fault and/or negligence of the defendants, Steel Angel Marine, Inc. and Cargill, Incorporated, in the following non-exclusive respects:

    a.    Failing to provide plaintiff with a safe place to work;

    b.    Failing to provide plaintiff with equipment in a reasonably safe condition;

    c.    Failing to properly supervise the work being performed;

    d.    Failing to assign properly trained employees to the task being performed; and

    e.    Other acts of negligence which will be shown at trial.

7.

A proximate cause of the accident was the unseaworthiness of the M/V MISS NANCY.

8.

This accident occurred while plaintiff was in the service of the vessel, entitling him to receive maintenance and cure.

9.

As a direct result of this accident, plaintiff sustained serious injuries to his mind and body,

including past and future mental and physical pain and suffering, lost wages, loss of future earning capacity, past and future medical expenses, and related expenses, all to his detriment in the sum of NINE HUNDRED FIFTY THOUSAND AND NO/100 ($950,000.00) DOLLARS.

10.

The amount in controversy exceeds the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

11.

Plaintiff was not at fault in causing this accident or the resultant damages.

12.

Plaintiff brings this cause of action pursuant to the provisions of Section 33 of the Merchant Marine Act of 1920, 46 U.S.C.A. 688, commonly known as the Jones Act, and all statutes supplemental and amendatory thereto.

13.

Plaintiff also brings this action under the General Maritime Law.

14.

Jury trial is demanded on all issues.

WHEREFORE, plaintiff, Christian Cheramie, prays that defendants, Steel Angel Marine, Inc., and Cargill, Incorporated, be served with copies of this complaint, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, there be judgment rendered herein in favor of plaintiff and against defendants, in solido, in the sum of NINE HUNDRED FIFTY THOUSAND AND NO/100 ($950,000.00) DOLLARS, interest from the date of accident until paid, trial by jury, all costs of these proceedings, and for all legal, general, equitable

and maritime relief.

        Respectfully submitted,

        UNGAR & BYRNE

        RANDY J. UNGAR (12387)
        GEORGE W. BYRNE, JR. (3744)
        KRISTI A. POST (17752)
        DAVID P. GONTAR (1380)
        365 Canal Street, Suite 2520
        New Orleans, Louisiana 70130
        (504) 566-1616